UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Breanna Bea Heiss v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13001-DRH |
| *Heather Herren v. Bayer Corporation* | No. 10-cv-10633-DRH |
| *Lori D. Herron v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11273-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 24, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
        Deputy Clerk

**Dated:** July 25, 2014

Digitally signed by David R. Herndon
Date: 2014.07.25 17:26:03 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**